## HOPE CHEMICAL CORPORATION

v.

## The HARTFORD STEAM BOILER INSPECTION & INSURANCE CO.

### No. 80–148–A.

Supreme Court of Rhode Island.

July 10, 1980.

Oster, Groff & Prescott, Lawrence S. Groff, George M. Prescott, Lincoln, for plaintiff.

Leonard A. Kiernan, Jr., James A. Currier, Providence, for defendant.

### ORDER

The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Friday, October 10, 1980 at 9:30 a. m. for oral argument.

DORIS, J., did not participate.